# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HEATHER CARNEVALE,** | : | **CIVIL ACTION NO. 1:11-CV-2066** |
| **Plaintiff** | : | |
| | : | **(Judge Conner)** |
| v. | : | |
| | : | |
| **KATHY HOOVER,** *et al.,* | : | |
| **Defendants** | : | |

## **O R D E R**

AND NOW, this 16th day of May, 2012, upon consideration of the stipulated motion to dismiss the Estate of William Bare (Doc. 18), it is hereby ORDERED that said motion is GRANTED and the Estate of William Bare is DISMISSED from this litigation with prejudice.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge